JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARTHUR ONEIL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIGAS PARTNERS, L.P., a Delaware limited partnership; AMERIGAS PROPANE, L.P., a Delaware limited partnership; AMERIGAS PROPANE, INC., a Pennsylvania corporation; and AMERIGAS, INC., a Pennsylvania corporation,<br><br>Defendants. | Case No.: CV 17-8667-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION [47]** |

**PURSUANT TO THE PARTIES' STIPULATION**, and for good cause shown,

**IT IS HEREBY ORDERED THAT** the above-captioned action is hereby dismissed in its entirety and with prejudice as to Plaintiff's individual claims, and without prejudice as to any claims by the putative, uncertified class alleged by Plaintiff. All scheduled dates and deadlines are VACATED.

DATED: January 14, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE